Brian K. Julian – ISB No. 2360
Stephen L. Adams
ANDERSON, JULIAN & HULL LLP
C. W. Moore Plaza
250 South Fifth Street, Suite 700
Post Office Box 7426
Boise, Idaho 83707-7426
Telephone:  (208) 344-5800
Facsimile:   (208) 344-5510
E-Mail:       bjulian@ajhlaw.com
               sadams@ajhlaw.com

Attorneys for DEFENDANTS

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SANDRA LEE MCINTIER,<br><br>           Plaintiff,<br><br>vs.<br><br>COLLECTION TECHNOLOGY, INC., a California Corporation, d/b/a CTi; ADAM MONTOYA, an individual; MICHAEL SMITH; and MICHAEL DOE, an individual,<br><br>           Defendants. | Case No.  1:10-CV-338<br><br>STIPULATION FOR DISMISSAL |

COME NOW, the above-entitled parties, by and through their counsel of record, and stipulate and agree that Plaintiff's claims against Defendants may be dismissed, with prejudice, with each party to bear their own attorney's fees and costs.

STIPULATION FOR DISMISSAL - 1

DATED this 3 day of March, 2011,

                ANDERSON, JULIAN & HULL LLP

                By_____/s/ Stephen Collins for_____
                    Brian K. Julian, Of the Firm
                    Attorneys for DEFENDANTS

DATED this 3 day of March, 2011,

                BRADY LAW, CHARTERED

                By_____/s/ Oscar Klaas_____
                    Oscar S. Klaas, Of the Firm
                    Attorneys for Plaintiff

STIPULATION FOR DISMISSAL - 2