UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SANDRA LEE MCINTIER,<br><br>        Plaintiff,<br><br>vs.<br><br>COLLECTION TECHNOLOGY, INC., a California Corporation, d/b/a CTi; ADAM MONTOYA, an individual; MICHAEL SMITH; and MICHAEL DOE, an individual,<br><br>        Defendants. | Case No. 1:10-CV-338-S-EJL<br><br>ORDER OF DISMISSAL |

    The Stipulation for Dismissal (Docket No. 14) having duly and regularly come before this Court, and good cause appearing therefor,

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED, and this does order, adjudge and decree that the above-entitled case be and the same hereby is dismissed with prejudice and with each party to bear its own attorney's fees and costs.

DATED: **March 4, 2011**

_Edward J. Lodge_ (signature)
Honorable Edward J. Lodge
U. S. District Judge

ORDER OF DISMISSAL - 1